A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Robert Pooler · Et, A.L.    #234.801    DATE: 3/21/2016

Inmate (DOC) number

(Enter above the full name of
each plaintiff in this action.)

VERSUS    N. Burl Cain, Warden e was in employed At, LA, state Penitentiary,
Lt, Col Paul Smith, is employed LA state Penitentiary,
Major, Joseph Hooker, Who is employed At LA, state Penitentiary,
Msgt, Kerry Murray, Who is employed At LA State Penitentiary,
Msgt, Enrico George, Who is employed At LA, state Penitentiary,
Lt, H, Walker, Who employed at LA, state Penitentiary,

(Enter above the full name of
each defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Corrections.

All copies of the complaint must be identical to the original.

The names of all parties must be listed in the caption and in part III of the complaint exactly

1.

the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.**

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( ) No ( X )

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _Robert Pooler #234801_

   Defendant(s): _Lt.Col. Paul Smith/Major Joseph Hooker,_ _Msgt. Kerry Murray, Msgt. Enrico George,_
2. Court (if federal court, name the district; if state court, name the parish): _Lt.H. Walker,_

3. Docket number: _____

2.

4.  Name of judge to whom case was assigned: _____

_____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

_____

6.  Date of filing lawsuit: _____

7.  Date of disposition: _____

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?      Yes ( )    No ( X )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.  Place of present confinement:

A.  Is there a prisoner grievance procedure in this institution?   Yes (✓) No ( )

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (✓) No ( )

C.  If your answer is YES:

1.  Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. L.S.P. 2016-0227 / L.S.P. 2016-0144 / L.S.P. 2016-0029, LSP LSP.-2016-0531 / L.S.P.-2016-2623,

2.  What steps did you take? First Steps Go To N. Burl Cain, Warder OR other Wardens, second steps Go James M. Leblanc

3.  What was the result? Was denied, AND denied Concerning Their delay, Processed of 14 Amendment Right, Due Processed Law AND First, Amendment,

D.  If your answer is NO, explain why not: This ISSUE's is Serious sexual Assault AND sexual,

3.

III.    Parties
(In Item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Robert Pooler #231801 / T.U. UE C-9
   Address Louisiana state Penitentiary Angola, LA 70712

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use Item C for the names, positions, and places of employment of any additional defendants.

B.  Defendant N. BURL Cain, WARDEN/OR Warden's    is employed as
Louisiana state Penitentiary at ANGOLA, LA 70712

C.  Additional Defendants: Lt. Col. PAUL Smith, Major Joseph Hackery,
Msgt. Kerry Murray, Enrico George,
Lt. A. Walker

IV.    Statement of Claim

State here as briefly as possible the facts of your case.  Describe how each defendant is involved. Include also  the names of other persons involved, dates, and places.  Do not given any legal arguments or cite any cases  or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate  paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

(1). Prison Authorities abused Their discretion IN The Treatment of inmates When The Prison Reflects Conditions That Threaten Their Physical health AND Safety AND deprive Them of basic food AND Medical Treatment,

2). AND Prison Authorities, Abuse Duty Status

3). AND Prison Authorities, sexual Abuse; of Sexual Assault AND Sexual Harssment,

4.

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. Requests OR asKing This CouRT for a Preliminary injunction, "FoR PlainTiff To be Through Exhaustion his Remedies." The AdmiNistrative Remedies.

VI.    Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this _____ 21 _____ day of _____ March _____, 20 16

Robert Paul 23480l
RobeRT Pooler #234801

Signature of plaintiff(s)

5.