UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT POOLER (#234804)  CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.  NO.: 16-00193-BAJ-EWD

## RULING AND ORDER

Plaintiff Robert Pooler ("Plaintiff") is an inmate at the Louisiana State Penitentiary who has filed a **Motion for Preliminary Injunction** wherein he admits that he has failed to exhaust his administrative remedies. (Doc. 3 at pp. 2—3). That is a problem, given that a prisoner who files suit under 42 U.S.C. § 1983 "must exhaust his administrative remedies 'irrespective of the forms of relief sought and offered through administrative avenues.'" *Ferrington v. Louisiana Dep't of Corr.*, 315 F.3d 529, 531 (5th Cir. 2002) (quoting *Booth v. Churner*, 532 U.S. 731, 741 n.6 (2001)).

The Court therefore finds that Plaintiff has failed to show a substantial likelihood of success on the merits. *See Planned Parenthood Ass'n of Hidalgo Cty. Texas, Inc. v. Suehs*, 692 F.3d 343, 348 (5th Cir. 2012).

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion for Preliminary Injunction (Doc. 3)** is **DENIED**.

Baton Rouge, Louisiana, this 5th day of May, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA